UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXTER ETTIENNE-MODESTE, JR., <br><br> Plaintiff, <br><br> -against- <br><br> STATE OF NEW YORK, <br><br> Defendant. | 23-CV-8247 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the October 31, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 31, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge